No. 64785.—Ebeling & Reuss Company v. United States, protests 59/31659 and 59/31664 (Philadelphia).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of artistic glass articles the same in all material respects as those the subject of *Ebeling & Reuss Co.* v. *United States* (40 Cust. Ct. 387, C.D. 2009), the claim of the plaintiff was sustained.

No. 64786.—R. H. Macy & Co., Inc. v. United States, protests 60/563 and 60/6558 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 64787.—Dux Co. v. United States, protests 59/27621 and 59/20703 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim at 18 percent under the provision in paragraph 412, as modified, *supra*, for "Furniture, * * * Chairs," was sustained. The items marked "B," stipulated to consist of furniture the same as that in C.A.D. 669, *supra*, were held dutiable at 11 percent under the provision in said paragraph 412, as modified, *supra*, for other furniture.